```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| GINA CIPRIANI SPINA and JOSEPH SPINA, | 20 Civ. 9368 (JGK) |
| Plaintiffs, | ORDER |
| - against - | |
| LU FENG LIU and UNITED STATES OF AMERICA, | |
| Defendants. | |

**JOHN G. KOELTL, District Judge:**

As discussed at the conference held today, the Government will file the motion to dismiss by **January 5, 2021**. The plaintiffs will respond by **January 25, 2021**. The Government will reply by **February 12, 2021**.

**SO ORDERED.**

Dated:   New York, New York
         December 1, 2020

                                    /s/ John G. Koeltl
                                     John G. Koeltl
                              United States District Judge