

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 2, 2021

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

```
Application granted. The pending motion to
dismiss is denied without prejudice as moot.
SO ORDERED.

New York, New York   /s/ John G. Koeltl
February 3, 2021     John G. Koeltl, U.S.D.J.
```

      Re:    *Spina, et al. v. Liu, et al.*, No. 20 Civ. 9368 (JGK)

Dear Judge Koeltl:

      This Office represents defendant United States of America (the "Government") in the above-referenced Federal Tort Claims Act ("FTCA") matter, which was removed from the New York Supreme Court, Kings County, pursuant to 28 U.S.C. §§ 1442(a)(1) and 2679(d)(2) by the United States Attorney's Office for the Eastern District of New York on November 2, 2020, and transferred to this Court on November 9, 2020. *See* ECF Nos. 1, 3, 7. Pursuant to the conference conducted on February 1, 2021, I write respectfully to inform the Court that the Government respectfully accepts the Court's offer to permit the Government to file an amended motion to dismiss. In addition, on behalf of the parties, I write respectfully to request that the Court endorse the following proposed briefing schedule:

      Government's Amended Motion to Dismiss: February 23, 2021

      Any Opposition: March 17, 2021

      Government's Reply: April 6, 2021

  We thank the Court for its consideration of this letter.

                         Respectfully,

                         AUDREY STRAUSS
                         United States Attorney

      By:    s/ *Joshua E. Kahane*
           JOSHUA E. KAHANE
           Assistant United States Attorney
           86 Chambers Street, Third Floor
           New York, NY 10007
           Tel: (212) 637-2699
           joshua.kahane@usdoj.gov

cc: Counsel of Record (by ECF)